IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**
FEB 20 2024
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA.
BY_____,DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. CR 24-068 J |
| -vs- | ) | |
| | ) | |
| BRIAN GENE TWO-BABIES, | ) | Violations: 18 U.S.C. § 2119(1) |
| a/k/a Christopher Gene Anderson, | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | 18 U.S.C. § 924(c)(1)(A)(ii) |
| **Defendant.** | ) | 18 U.S.C. § 924(c)(1)(A)(iii) |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| | ) | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Carjacking)

On or about December 15, 2023, in the Western District of Oklahoma,

-------------------------------- BRIAN GENE TWO-BABIES,
            a/k/a Christopher Gene Anderson, -------------------------

intentionally took a motor vehicle, specifically: a 2013 Ford Explorer, vehicle identification number 1FM5K7D85DGB52843, which had previously been transported, shipped, and received in interstate commerce, from the person and presence of L.R. by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

All in violation of Title 18, United States Code, Section 2119(1).

## COUNT 2
### (Using, Carrying, Brandishing, and Discharging a Firearm During and in Relation to a Crime of Violence)

On or about December 15, 2023, in the Western District of Oklahoma,

------------------------------- **BRIAN GENE TWO-BABIES,**
                **a/k/a Christopher Gene Anderson,** -------------------------

knowingly and intentionally used, carried, brandished, and discharged a firearm, specifically: a Charter Arms, model Bulldog Pug, .44 SPL caliber revolver, bearing serial number 1123586, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, specifically, carjacking, as charged in Count 1.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii).

## COUNT 3
### (Felon in Possession of a Firearm)

Between on or about December 15, 2023, and December 16, 2023, in the Western District of Oklahoma,

------------------------------- **BRIAN GENE TWO-BABIES,**
                **a/k/a Christopher Gene Anderson,** -------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically: a Charter Arms, model Bulldog Pug, .44 SPL caliber revolver, bearing serial number 1123586, which was in and affecting interstate or foreign commerce in that said firearm had previously crossed state lines to reach Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(8).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1, 2, and 3 of this Indictment, **BRIAN GENE TWO-BABIES** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Charter Arms, model Bulldog Pug, .44 SPL caliber revolver, bearing serial number 1123586; and

2. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*[signature]*
FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signature]*

STAN J. WEST
Assistant United States Attorney